IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| MICHAEL KELLY, | ) |
| Plaintiff, | ) |
| v. | ) No. 08-4101-CV-C-SOW |
| NARAYANA ADUSUMILLI, et al., | ) |
| Defendants. | ) |

## ORDER

On December 22, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of December 22, 2008, is adopted. [22] It is further

ORDERED that defendants' motion to dismiss is granted and plaintiff's claims are dismissed, without prejudice, on abstention grounds. [17]

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: January 21, 2009